UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

GEORGE LUIS VASQUEZ, JR.,

    Plaintiff,

v.                                            Case No. 8:24-cv-2219-WFJ-LSG

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____/

**<u>ORDER</u>**

    This cause comes before the Court on Plaintiff's Complaint (Dkt. 1), seeking judicial review of the Commissioner of the Social Security Administration's ("Commissioner") decision denying his disability insurance benefits.  The United States Magistrate Judge issued a report recommending that the decision of the Commissioner be reversed in part.  Dkt. 15.  No objections have been filed and the time for doing so has passed.

    After an independent review of the record, the Court may accept, reject, or modify the Magistrate Judge's report and recommendation.  28 U.S.C. § 636(b)(1). The Court reviews the legal conclusions *de novo* in the absence of an objection. *See LeCroy v. McNeil*, 397 F. App'x 554, 556 (11th Cir. 2010) (citation omitted); *Cooper-Houston v. S. Ry. Co.*, 37 F.3d 603, 604 (11th Cir. 1994).

After a *de novo* review of the record, the Court agrees with the reasoning and thorough analysis of Judge Griffin and orders as follows:

1. The Report and Recommendation (Dkt. 15) is adopted and confirmed in all respects and made a part of this Order.

2. The Commissioner's decision is **REVERSED in part** and **REMANDED** for further proceedings in accordance with the Report and Recommendation and this Order.

3. The Clerk is directed to terminate any pending motions and to close this case.

**DONE AND ORDERED** at Tampa, Florida, on July 31, 2025.

_____
WILLIAM F. JUNG
UNITED STATES DISTRICT JUDGE

**COPIES FURNISHED TO:**
Counsel of record